OLGA SHEA, Also Known as OLGA D. LENNOX, Appellant, v. MARTIN F. SHEA and THOMAS E. SHEA, Individually and as Executors, etc., of WILLIAM J. SHEA, Deceased, Respondents.— Plaintiff appeals from an order determining that an action theretofore instituted by her in the Supreme Court, Nassau County, against respondents, is an action in replevin, and directing that upon the consent of the Surrogate's Court, New York County, such action may be transferred to said Surrogate's Court and consolidated with proceedings there pending in the estate of William J. Shea, deceased. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

MARTIN STOCKMAN, Appellant, v. WILSON DISTILLING COMPANY, INC., Respondent.— In an action for a declaratory judgment to declare a certain fair trade agreement promulgated by the defendant to be ineffective, invalid and abandoned, plaintiff appeals from an order dismissing his complaint upon the ground that the complaint does not state facts sufficient to constitute a cause of action, and from the judgment of dismissal entered pursuant to such order. Order and judgment unanimously affirmed, with ten dollars costs and disbursements. (James v. Alderton Dock Yards, 256 N. Y. 298; Ferran v. Woodside Wine & Liquor Store, Inc., 256 App. Div. 1103.) Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ. [175 Misc. 314.]